### LYON *vs.* HOFFMAN.

Where no special term intervenes between a circuit and the next general term, a defendant is in season to apply for judgment as in case of nonsuit, at any time previous to the second general term.

October 3.

THE defendant moved for *judgment as in case of nonsuit,* for the omission of the plaintiff to try his cause at a circuit holden in the last week of *June.* The defendant offered no excuse for delaying the application until this time. The plaintiff insisted, that having waited until after a general term, the defendant was bound to excuse his default ; and that, at all events, he should have made his motion at one of the two last special terms.

*By the Court*, NELSON, J. The defendant is regular. He is in time, until the next general term after the circuit, to make his motion. There having been no special term after the circuit, previous to the *July* term, he has until *October*, without offering any excuse for his delay.